DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELVIN PATRICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1371

[October 8, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 16-8733-CF-10A.

Melvin Patrick, Clermont, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***